FILED
AUG 0 — 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-0298-PMP (PAL) |
| ROBERT GRIJALVA, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On August 5, 2010, defendant ROBERT GRIJALVA pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant ROBERT GRIJALVA shall pay a criminal forfeiture money judgment of $122,000.00 in United States Currency to the United states of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROBERT GRIJALVA a criminal forfeiture money judgment in the amount of $122,000.00 in United States Currency.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE