FILED

**08**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY___                        _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-298-PMP (PAL) |
| ROBERT GRIJALVA, | ) | |
| Defendant. | ) | |

### ORDER OF FORFEITURE

This Court found on August 5, 2010, that ROBERT GRIJALVA shall pay a criminal forfeiture money judgment of $122,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROBERT GRIJALVA a criminal forfeiture money judgment in the amount of $122,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE